# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**NICHOLE LUTZ,**
**Individually and on Behalf of All Others Similarly Situated,**

      Plaintiff,

  v.        Case No. **23-CV-974**

**FROEDTERT HEALTH INC.,**

      Defendant.

☒ **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment is entered as follows regarding plaintiff Nichole Lutz's allegations of violations of the Fair Labor Standards Act and Wisconsin's Wage Payment and Collection Laws.

1. Two classes are certified in this action and are defined as follows:

   a. All hourly, non-exempt employees employed by Froedtert Health Inc. who, for the time period after November 7, 2021, to the present, during any workweek worked over 40 hours and received overtime pay at a rate lower than time and a half the regular rate earned for the workweek; and

   b. All hourly, non-exempt employees employed by Froedtert Health Inc. who, for the time period after November 7, 2021, to the present, during any

workweek worked over 40 hours and also received pay for working on a holiday, in that same workweek, that was computed at an hourly rate lower than time and a half the regular rate earned that same workweek.

2. Judgment as a matter of federal and state law is entered in favor of Froedtert Health Inc. on Nichole Lutz's first class claim related to overtime compensation.

3. Judgment as a matter of federal and state law is also entered in favor of Froedtert Health Inc. on Nichole Lutz's second class claim related to holiday overtime compensation.

4. This entire action is **DISMISSED WITH PREJUDICE.**

Date: October 9, 2025

                                   Linda M. Klemm, Clerk of Court
                                   EASTERN DISTRICT OF WISCONSIN
                                   (By) Deputy Clerk, s/ Linda M. Zik

                                   Approved this 9th day of October, 2025.

                                   _____
                                   WILLIAM E. DUFFIN
                                   United States Magistrate Judge